AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)       ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TOMAS FRAY ZAVALA,

    Defendant.

Case No.  2:25-MJ-02559-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Casey Sauceda, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of June 4, 2020, in the county of Los Angeles in the Central District of California, the defendant TOMAS FRAY ZAVALA violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:
   *Please see attached affidavit.*

☒ Continued on the attached sheet.

                                                                 */s/ Casey Sauceda*
                                                               *Complainant's signature*

                                                       Casey Sauceda, Deportation Officer
                                                              *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  MAY 01, 2025

                                                               *Judge's signature*

City and state:  Los Angeles, California        Hon. A. Joel Richlin, U.S. Magistrate Judge
                                                                    *Printed name and title of the signing Judge*

AUSA: Clifford D. Mpare x4962

**AFFIDAVIT**

I, Casey Sauceda, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against TOMAS FRAY ZAVALA, also known as ("aka") "TOMAS SR FRAY ZAVALA," aka "NA ZAVALA," aka "TOMAS ZAVALA" ("defendant") charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND of Deportation Officer Casey Sauceda

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since July 2021. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about June 4, 2020, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that defendant was in the custody of Los Angeles County Sheriff ("LASD"). On or about that day, the PERC lodged a DHS Immigration Detainer with the LASD. DEFENDANT is not currently in custody with LASD.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about April 8, 2025, I obtained and reviewed DHS A-File A094-949-911 (the "DHS A-File"), which is maintained for the subject alien "TOMAS FRAY ZAVALA." The DHS A-File contained the following documents and information among other things:

   a. Photographs of the subject alien to whom this specific DHS A-File corresponded. I compared the photographs in the DHS A-File to photographs taken at the time of defendant's booking into immigration custody for multiple ICE encounters. I thus determined that this DHS A-File and its contents corresponded to this defendant.

   b. Two executed Warrant of Removal/Deportation (Form I-205) indicating that defendant was officially removed from the United States on or about, August 28, 2007, and August 19, 2008.

  c. One Notice to Alien ordered Removed/Departure Verification (Form I-296) barring defendant from entering the United States dated December 12, 2006.

  d. I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in defendant's DHS A-File contained his photograph, signature, and fingerprint.

  e. Various documents, in addition to the Warrant of Removal/Deportation, indicating that defendant is a native and citizen of Mexico. These documents included Record of Sworn Statement in Proceedings under section 235 (b) (1) (Form I-867A) dated December 12, 2006, were defendant admitted to being a citizen and national of Mexico.

 7. On or about April 8, 2025, I reviewed the printouts of ICE computer indices on defendant. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that defendant had been removed, deported, and/or excluded on the date indicated on the Warrant of Removal/Deportation, found in defendant's DHS A-File. The ICE computer indices further indicated that defendant

had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

8.   Based on my review of defendant's DHS A-File, I determined that it does not contain any record of him ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in defendant's DHS A-File.

## IV. CONCLUSION

9.   For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 1st day of
May 2025.

_____
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE